259 F.2d 904
 58-2 USTC P 15,190
 SAVIN ROCK ARCADE, INC., Plaintiff-Appellant,
v.
John J. FITZPATRICK, Former Collector of Internal Revenue
for the District of Connecticut, and Helen Graham,
Administratrix of the Estate of James J.
Graham, former Collector,
Defendants-Appellees.
 No. 36, Docket 25147.
 United States Court of Appeals Second Circuit.
 Argued Oct. 10, 1958.
Decided Oct. 27, 1958.
 
 Arthur Klein, of Klein & Klein, New Haven, Conn. (Frederic M. Klein, of Klein & Klein, New Haven, Conn., on the brief), for plaintiff-appellant.
 Melvin L. Lebow, Atty., Dept. of Justice, Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., and Joseph F. Goetten and Robert N. Anderson, Attys., Dept. of Justice, Washington, D. C., Harry W. Hultgren, Jr., U.S. Atty., Dist. of Conn., Hartford, Conn., and W. Paul Flynn, Asst. U.S. Atty., New Haven, Conn., on the brief), for defendants-appellees.
 Before CLARK, Chief Judge, and MEDINA and LUMBARD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the opinion of District Judge Anderson, D.C.Conn., 160 F.Supp. 775.